THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KAREN BARRETT and KEVIN BARRETT, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK, <br><br> Defendant. | Case No. 3:18-cv-05572-BHS <br><br> **NOTICE OF SETTLEMENT OF ALL CLAIMS** <br><br> **[CLERK'S ACTION REQUIRED]** |

Notice is hereby given that all claims against all parties in this action have been resolved. This notice is being filed with the consent of all parties. If an order dismissing all claims against all parties is not entered within 90 days after the written notice of settlement is filed, the case shall be dismissed by the court.

//

//

//

//

//

//

//

NOTICE OF SETTLEMENT - 1
Case No. 3:18-cv-05572-BHS

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

DATED:  February 4, 2020.

      LANE POWELL PC

By *s/ Tim D. Wackerbarth*
   Tim D. Wackerbarth, WSBA No. 13673
   wackerbartht@lanepowell.com
   Andrew G. Yates, WSBA No. 34239
   yatesa@lanepowell.com
   Warren E. Babb, Jr., WSBA No. 13410
   babbw@lanepowell.com
   Katie D. Bass, WSBA No. 51369
   bassk@lanepowell.com

*Attorneys for Defendant National Railroad Passenger Corporation*

CLIFFORD LAW OFFICES

By *s/ Sean P. Driscoll*
   Sean P. Driscoll, *pro hac vice*
   Kristofer S. Riddle, *pro hac vice*
   Kevin P. Durkin, *pro hac vice*
   120 North LaSalle Street, 31st Floor
   Chicago, IL  60602
   Telephone: 312-899-9090
   Email: spd@cliffordlaw.com
         ksr@cliffordlaw.com
         kpd@cliffordlaw.com

*Attorneys for Plaintiffs*

NOTICE OF SETTLEMENT - 2
Case No. 3:18-cv-05572-BHS

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of February, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice. I hereby certify that the following document was sent to the following CM/ECF participant:

Robert N. Gellatly
David M. Beninger
Andrw Hoyal
Luvera Law Firm
701 Fifth Avenue, Suite 6700
Seattle, WA 98104-7016
robert@luveralawfirm.com
david@luveralawfirm.com
andy@luveralawfirm.com

Kevin P. Durkin
Sean P. Driscoll
Kristopher S. Riddle
Clifford Law Offices
120 N LaSalle Street, 31st Floor
Chicago, IL 60602-2554
kpd@cliffordlaw.com
spd@cliffordlaw.com
ksr@cliffordlaw.com

DATED this 4th day of February, 2020.

*s/ Alisa R. Flabel*
Alisa R. Flabel, Legal Assistant

NOTICE OF SETTLEMENT - 3
Case No. 3:18-cv-05572-BHS

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107